MOTION FOR DELCARATORY ORDERS AND AN INTERDICT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF *Massachusetts*

Case No:
Notice of Related cases: Office of the Circuit executive Complaint 11-12-90202 and
Judicial Complaint No: DC12-90041
United States Supreme Court : 11-5659
United States Supreme Court: 11-10350

NOTICE OF PERTINENT LAWS: THE CONSTITUTION OF THE UNITED STATES OF AMERICA, THE CONSTITUTION OF THE STATE MENTIONED HEREIN, THE SUPREMACY CLAUSE OF THE UNITED STATES OF AMERICA, THE BILL OF RIGHTS AND ALL OTHER PERTINENT LAWS ARE INVOKED HEREIN

In the matter between

Annamarie ? Last name uncertain
    (referred to as First Petitioner or "Petitioner")
Telephone number: 337-254-1451 and address, 1207 43rd St W, Bradenton, Florida, 34209.

619 Others (List appended in US11-10350 Marked "A" and 41-2009-DR-10430 6/25/09 filing)
    (Petitioners Two to Six Hundred and Twenty – the list are case numbers, all related to Mental Health cases decided in the 12th Judicial Circuit Court, in and for Manatee County, Florida. These are cases in which the evidence of a psychiatrist was relied on at a time that the psychiatrist practiced with a Florida medical license issued by the Florida Department of Health which made the fraudulent allegation that she was certified by the American Board of Psychiatry and Neurology which she was not, a statutory and criminal offense and showing she lacked the credibility to be relied on when judicial officers made life changing decisions about the 619 Mental Health cases quoted, thus violating their fundamental rights protected by the Supremacy Clause of the Constitution of the United States of America. By the psychiatrists own written admission she was further during this time disabled by mental illness in the form of anxiety)

30 Others (List appended in US11-10350, Marked "B")
    (Petitioners Six hundred and Twenty One to Six Hundred and Fifty One – This is a list is of 30 referenced numbers obtained from the Florida Department of Health public records under payment to accounting vendors and indicates accounting vendors paid by the Florida Department of Health. The accountant vendor paid in respect of mental health patients as indicated in this list, is payment to the same **psychiatrist as the one who saw the patients in list A above, namely Plaintiffs Two to Six Hundred and Twenty and again at a time her Florida Department of Health license was fraudulent.** In the current list, Plaintiffs Six Hundred and Twenty One to Six hundred and Fifty, are people in respect of whom the psychiatrist was in her capacity as an **accountant** vendor illegally appointed by who knows who in the Florida Department of Health as an **accountant** vendor, as she was not a Florida licensed accountant, a requirement by the Florida Department of Health to be a accountant vendor. Yet, this psychiatrist, at a time the Florida Department of Health had been notified her psychiatric license was fraudulent and they did not deal with it, was paid by the people of Florida for **accounting** services rendered in respect of medical patients. Once a special prosecutor is appointed - as the First

Plaintiff has been asking should be case since June 2010 - it can be established if such 30 people were examined by the psychiatrist herself as mental health patients, then decided on by her in her capacity as accountant, which would be a clear conflict of interest, particularly in the light of the fact that the psychiatrist was reported by one witness to deliberately target particularly the elderly to declare them incapable to deal with their own affairs in her capacity as psychiatrist and then have their assets be held in an **accounting** firm in which she alleged has or had an interest. According to another witness, the psychiatrist if often suicidal, ie suffers from mental illness herself, corroborated by court filings by herself in which she claims to be disabled for years through anxiety – mental illness)

Vs

Electors for the State of *Massachusetts*

## NOTICE OF PERTINENT LAWS: SUPREMACY CLAUSE INVOKED

## EMERGENCY INTERDICT

Comes now the First Petitioner on behalf of all the Petitioners and Motions this court as follows:
1. To issue a declaratory order that the 2012 Presidential Candidate nominee by the Democrat party, Barak Hussein Obama, is ineligible to be a candidate, and;
2. To interdict the Electors of the State mentioned at the heading hereof to refrain from allowing as candidate on the ballot in the State for President, the Democrat Party nominee, Barak Hussein Obama (in his capacity as a candidate, not President), for violating Amendment 14, Section 3 of the Constitution of the United States of America and other constitutional provisions in his capacity as President and specifically in respect of the Petitioners made himself guilty of a Federal crime against the United States of America in terms of 18USC241 which is simultaneously a violation of his oath to the Constitution of the United States of America the circumstances of which are explained in the attached affidavit. Obama through his conduct prior to and during his presidency renders himself ineligible as candidate for re-election in terms of the Constitution of the United States of America. This court is bound by the Constitution of the United States of America to order the said State Electors to refrain from placing Obama on the ballot, and in addition to or alternatively;
3. If through this court's subpoenaing power it is proven Obama is not a natural born citizen eligible to be President of the United States of America in terms of the Constitution, to interdict the State Electors mentioned at the heading hereof from allowing as candidate on the ballot for the State Barak Hussein Obama, in such instance for violating Amendment 14, Section 3 of the Constitution of the United States of America through various unconstitutional acts (inconclusive list provided at the end of the affidavit attached in support of this Interdict) and thus violated the public trust through injuries

done to the American Society itself and Obama again through his own conduct rendering himself through his conduct and utterances ineligible as candidate for President of the United States of America;

4. To order the Federal Crimes Unit of the Federal offenses against the United States reported to the court in this matter and to order such unit to take action against the perpetrators of the crimes, including Obama, and to protect the victim Petitioners by appointing counsel to protect their rights and halt the 18USC241 and other crimes;
5. Declare this matter complex and in need appoint counsel to assist the Petitioners;
6. Declare this matter urgent and provide urgent relief, the reasons for emergency procedures are provided in the attached affidavit and auxiliary relief to prevent a recurrence of the violations against the Constitution of the United States of America;
7. Further and or alternative relief.

**NOTE : OBAMA IS NOT BEING SUED IN HIS CAPACITY AS PRESIDENT OR AT ALL. SIMPLY HIS ELIGIBILITY AS CANDIDATE NEEDS TO BE DETERMINED BY THIS COURT WHICH IS ON A SIMPLE FACTUAL BASIS, THE FACTS OF WHICH THE COURT HAS ACCESS TO THROUGH THIS FILING OR WHICH DETAILS ARE AVAILABLE TO THE COURT THROUGH ITS ACCESS TO RECORDS. THEREFORE OBAMA DOES NOT NEED TO BE A PARTY TO THE PROCEEDINGS: THE DECISIONS FOR THE COURT IS TO ESTABLISH IF THE CANDIDATE OBAMA VIOLATED HIS OATH TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA BEFORE OR DURING HIS PRESIDENCY AND WHEN ANSERWERED IN THE AFFIRMATIVE, THAT HE IS IN TERMS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA IS INELIGIBLE TO BE A CANDIDATE AND THIS FEDERAL COURT MUST INTERDICT THE STATE ELECTORS MENTIONED AT THE HEADING HEREOF FROM PLACING OBAMA ON THE BALLOT FOR THE NOVEMBER 2012 ELECTION ROLL AND THE STATE MUST NOTIFY ITS ELECTORS ACCORDINGLY.** Wherefore this court is to order that the Court immediately interdicts the said State Electors as requested in 1 to 5 above, the Affidavit of Annamarie ? (last name uncertain) to be used in support of this interdict. This done and signed at Bradenton, Florida, United States of America on September 11, 2012.

---------------------------------

ANNAMARIE ?Last name uncertain
1207 43rd St W, Bradenton, Florida, 34209

And in the event that something happens to her, or she is unable to attend hereto:
THE SOUTH AFRICAN EMBASSY, For the attention of : Mr Ndlovu,
4301 Conneticut Av, NW, 220, Washington DC, 20008

ANNAMARIE (?)

Certificate of Service :

I hereby certify that on September 17, 2012, a true and correct copy of the above has been furnished by U.S. Mail/By Hand delivered to THE OFFICIAL ADDDRESS OF
The Governor, the Attorney General and the Supreme Court of the State mentioned at the heading hereof.